UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE CALDERON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. 1:20-cv-00251-BAM<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL<br><br>(Doc. No. 15) |

　　　Pursuant to the parties' stipulation for dismissal, this action is DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees, costs and expenses. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

　　　Dated:　**November 18, 2020**　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1